UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL E. MCINTYRE, formerly CHERYL E. BURKHARDT,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; HSBC BANK, USA, N.A., as trustee for Wells Fargo, assets securities corporation mortgage pass-through certificates series 2006-18;WELLS FARGO FINANCIAL NATIONAL BANK; PIERCE COUNTY LAND SERVICES DIVISION OF BUILDING SAFETY AND INSPECTION, a subdivision of Pierce County; and PIERCE COUNTY,<br><br>Defendants. | **CASE NO.**<br>3:18-cv-05685-DWC<br><br>**FIRST AMENDED COMPLAINT TO QUIET TITLE** |

**COMES NOW** the Plaintiff, Cheryl E. McIntyre, formerly Cheryl E. Burkhardt (hereinafter "McIntyre"), by and through her attorney of record, Nathan Sukhia of Gig Harbor Law, and makes a complaint for quiet title, and alleges as follows:

### I.    PARTIES

1.1    Plaintiff McIntyre is the owner of the subject real property located at 1101 27th Street Court NW, Gig Harbor, Washington, Pierce County, Washington, designated as Parcel Number 4000390150 in the records maintained by the Pierce County Assessor-Treasurer, and as

FIRST AMENDED COMPLAINT TO QUIET TITLE – Page 1

legally described in *Exhibit A* (a true and correct copy of the Statutory Warranty Deed, putting Joel J. Burkhardt and Cheryl E. Burkhardt n/k/a Cheryl E. McIntyre in title) attached to this Complaint.

1.2    Defendants, WELLS FARGO BANK, N.A. and HSBC BANK USA, N.A, Trustee, hold a Deed of Trust, recorded on August 31, 2006 at Pierce County Auditor's Recording No. 200608311521 (hereinafter "SUBJECT DEED OF TRUST #1") (*a true and correct copy of the Deed of Trust is attached as* Exhibit **C**), with Northwest Trustee Services, LLC as the original Trustee, then assigned to HSBC BANK USA, N.A. as Trustee in an instrument recorded on March 13, 2013 at Pierce County Auditor's Recording No. 201303130250 (a true and correct copy of the *Assignment of Deed of Trust* is attached as Exhibit D).

1.3    Defendant WELLS FARGO BANK, N.A. and WELLS FARGO FINANCIAL NATIONAL BANK, Trustee, hold a Short Form Deed of Trust, recorded on August 31, 2006 at Pierce County Auditor's Recording No. 200608311522 (hereinafter "SUBJECT DEED OF TRUST #2") (a true and correct copy of the *Short Form Deed of Trust* is attached as Exhibit E).

1.4    Defendants Pierce County ("PC") and Pierce County Land Services Division of Building Safety and Inspection ("PCLSD"), a subdivision of Pierce County, are an indispensable party, and is required to be included as a party pursuant to Plaintiff's Litigation Guarantee. (a true and correct copy of page 10 of 10 of Plaintiff's Litigation Guarantee, identifying necessary parties to be made defendants, is attached as Exhibit J). PCLSD holds a *Certificate of Notice of Non-Compliance (Expired Permit)*, recorded on December 7, 2007 at Pierce County Auditor's recording No. 200712070183 (hereinafter "Notice of Non-Compliance") (a true and correct copy of the *Notice of Non-Compliance* is attached as Exhibit

FIRST AMENDED COMPLAINT
TO QUIET TITLE – Page 2 of 8

**GIG HARBOR LAW**
5800 Soundview Drive, Suite C-101
Gig Harbor, Washington 98335
(253) 509-0625 | Fax (253) 509-0765
E-mail: nathan@gigharborlaw.net

I).

## II.    JURISDICTION / VENUE

2.1    The subject real property is located in Pierce County, Washington.

2.2    Jurisdiction and venue are properly laid in Pierce County, Washington.

## III.    FACTS

3.1    On or about June 4, 2002, Plaintiff Cheryl McIntyre and her former husband, Joel Burkhardt, purchased property located at 1102 27th Street Court NW, Gig Harbor, Washington, 98335, (herein after "SUBJECT PROPERTY") having a legal description of

Parcel A:

Lot 15, Point Evans Ridge, according to the plat thereof recorded December 19, 1990 under Recording No. 9012190255, records of Pierce County, Washington.

Parcel B:

A non-exclusive easement for ingress and egress as delineated on Point Evans Ridge, according to the plat thereof recorded December 19, 1990 under Recording No. 9012190255, records of Pierce County, Washington.

*See Exhibit A.*

3.2    Burkhardt has since transferred all of his interest in the aforementioned SUBJECT PROPERTY to Plaintiff McIntyre via Quitclaim Deed, dated January 27, 2018. (a true and correct copy of the Quitclaim Deed is attached as C.)

3.3    In August 2006, Plaintiff and Burkhardt gave SUBJECT DEED OF TRUST #1 to Wells Fargo Bank, NA, northwest Trustee Services, Inc., Trustee, under Pierce County Recording No. 2006083111521 securing a loan in the approximate amount of $321,600.00.

*See Exhibit C.*

FIRST AMENDED COMPLAINT
TO QUIET TITLE – Page 3 of 8

3.4     In March 2013, SUBJECT DEED OF TRUST #1 was assigned to HSBC Bank USA, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-18, under Pierce County Recording No.201303130250. *See Exhibit D.*

3.5     In August 2006, Plaintiff and Burkhardt gave SUBJECT DEED OF TRUST #2 to Wells Fargo Bank, N.A. and Wells Fargo Financial National Bank, Trustee, under Pierce County Recording No. 200608311522 securing a loan in the approximate amount of $80,400.00. *See Exhibit E.*

3.6     On or about December 7, 2007, PCLSD caused a Notice of Non—Compliance regarding dangerous or sub-standard building to be recorded at Pierce County Auditor's Recording No. 200712070183, thereby placing a cloud on title to the subject real property.

3.6     McIntyre and Burkhardt filed for bankruptcy on July 27, 2010. The bankruptcy included both promissory notes to Wells Fargo, N.A. The notes were not reaffirmed. Discharge of the bankruptcy was entered on November 10, 2010. A true and correct copy of the order of discharge is attached hereto as *Exhibit F.*

3.7     One thousand five hundred sixty-four days (1,564) days elapsed from the date of discharge of November 10, 2010 to the date the lender commenced a foreclosure action on the SUBJECT DEED OF TRUST #1 on February 20, 2015. A Notice of Default was sent on or about February 20, 2015. The Notice of Trustee's Sale was recorded on March 27, 2015 under Pierce County Recording No. 201503270408. A true and correct copy is attached hereto as *Exhibit G.*

3.8     Two hundred thirty-one (231) days elapsed during the pendency of the foreclosure by the lender, Wells Fargo Bank, N.A. The lender discontinued the foreclosure on

FIRST AMENDED COMPLAINT
TO QUIET TITLE – Page 4 of 8

**GIG HARBOR LAW**
5800 Soundview Drive, Suite C-101
Gig Harbor, Washington 98335
(253) 509-0625 | Fax (253) 509-0765
E-mail: nathan@gigharborlaw.net

November 12, 2015. The Notice of Discontinuance of Trustee's Sale was recorded under

Pierce County Recording No. 201511120381.  A true and correct copy of the Notice of

Discontinuance of Trustee's Sale is attached hereto as *Exhibit H.*

3.9     Since the discontinuance of the foreclosure, more than 2 years, 8 months and 4

days have elapsed until of this filing and service of this Summons and Complaint.

3.10     In total, with the clock tolled from commencement of foreclosure to foreclosure

discontinuance nine hundred seventy-seven (977) days have elapsed.

3.11     Since the bankruptcy discharge until commencement of this quiet title action, 7

years, 8, months, and 4 days have elapsed.

3.12     No further action was taken by the lender, Wells Fargo Bank, N.A. to foreclose

the SUBJECT DEED OF TRUST #1.

3.13     No action was taken by Wells Fargo Bank, N.A. to foreclose on the SUBJECT

DEED OF TRUST #2.

3.14     Defendant PC recorded a Notice of Non-Compliance on December 7, 2007 at

Pierce County Auditor's recording No. 200712070183, which clouds title to the subject real

property.

## IV.    CAUSES OF ACTION

Running of Statute of Limitations

4.1     The statute of limitations on the deed of trust is 6 years, to the extent that the

loan and supporting SUBJECT DEED OF TRUST #1 was accelerated by the bankruptcy

discharge on November 10, 2010.  More than six years have elapsed from the acceleration of

the total debt, by discharge in bankruptcy, and as such, the statute of limitations has run on the

FIRST AMENDED COMPLAINT
TO QUIET TITLE – Page 5 of 8

SUBJECT DEED OF TRUST #1.

4.2    The statute of limitations on the deed of trust is 6 years, to the extent that the loan and supporting SUBJECT DEED OF TRUST #2 was accelerated by the bankruptcy discharge on November 10, 2010.  More than six years have elapsed from the acceleration of the total debt, by discharge in bankruptcy, and as such, the statute of limitations has run on the SUBJECT DEED OF TRUST #2.

Quiet Title

4.3    Plaintiff is entitled to title to the real estate in her name as against the world and in particular as against SUBJECT DEED OF TRUST #1 and SUBJECT DEED OF TRUST #2.

4.4    Plaintiff is entitled to elimination of said SUBJECT DEED OF TRUST #1 and SUBJECT DEED OF TRUST #2 pursuant to the running of the statute of limitations to the statute of limitations.

Elimination/Removal of Notice of Non-Compliance

4.5    Plaintiff is entitled to free and clear title to the real estate as against PC and PCLSD, and in particular as against the Notice of Non-Compliance.  Plaintiff is entitled to the elimination and removal of the Notice of Non-Compliance.

Violations of the Servicemembers Civil Relief Act ("SCRA")

4.6    Defendants Wells Fargo Bank, N.A., HSBC Bank, USA, N.A., and Wells Fargo Financial National Bank violated the SCRA when Defendants continued to foreclose on the property, despite Joel Burkhardt being active duty.

## V.    **PRAYER FOR RELIEF**

**GIG HARBOR LAW**
5800 Soundview Drive, Suite C-101
Gig Harbor, Washington 98335
(253) 509-0625 | Fax (253) 509-0765
E-mail: nathan@gigharborlaw.net

WHEREFORE, Plaintiffs pray for judgment as follows:

1.      If by way of default, Order that the statute of limitations has run on SUBJECT DEED OF TRUST #1 Pierce County Auditor's Recording No. 200608311521 and that Plaintiff's title to 1102 27th Street Court NW, Gig Harbor, Washington is quieted as against Wells Fargo Bank, N.A. and HSBC Bank USA, N.A.; if not by default, order on the same to be proved at trial or on dispositive motion.

2.      If by way of default, Order that the statute of limitations has run on SUBJECT DEED OF TRUST #2. Pierce County Auditor's Recording No. 200608311522 and that Plaintiff's title to 1102 27th Street Court NW, Gig Harbor, Washington is quieted as against Wells Fargo Financial National Bank; if not by default, order on the same to be proved at trial or on dispositive motion.

3.      If by way of default, Order for quieting title in fee title in Plaintiff as against all the world of SUBJECT PROPERTY.

4.      If by way of default, Judgment for legal fees and costs in the amount of $1,524.85, pursuant to Paragraph19 of the SUBJECT DEED OF TRUST #1, and if not by default, an amount to be proved at trial or on motion following dispositive order.

5.      Recovery for legal fees and costs generally, pursuant to SUBJECT DEED OF TRUST #2, or other applicable law.

GIG HARBOR LAW
5800 Soundview Drive, Suite C-101
Gig Harbor, Washington 98335
(253) 509-0625 | Fax (253) 509-0765
E-mail: nathan@gigharborlaw.net

6.      Elimination/removal of the Notice of Non-Compliance recorded by Pierce County.

7.      Any other relief that the Court deems just and equitable.


Dated this _22 nd_ day of ___October___, 2018.

                      **GIG HARBOR LAW**


                      Nathan Sukhia, WSBA No. 31700
                      Attorney for Plaintiff

FIRST AMENDED COMPLAINT
TO QUIET TITLE – Page 8 of 8