## UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL E. MCINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NA, et al.,<br><br>Defendants. | **JUDGMENT**<br><br>CASE NUMBER: C18-5585-RBL |

XX  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion to Dismiss [10] is GRANTED.  This case is DISMISSED with prejudice.

Dated: <u>January 25, 2019</u>                         s/William M. McCool
                                                                             William M. McCool, Clerk


                                                                             _____
                                                                             Deputy Clerk